1  JONATHAN ALLAN KLEIN (SBN 162071)
2  RACHEL S. HULST (SBN 197330)
   KELLY, HOCKEL & KLEIN P.C.
3  One Sansome St., Ste. 1800
   San Francisco, CA 94104-4798
4  Tel.: (415) 951-0535
5  Fax: (415) 391-7808
6  jaklein@khklaw.com
   rhulst@khklaw.com
7
8  Attorneys for Defendant
   RITE AID CORPORATION
9
10 JOSHUA A. BURT (SBN 222302)
   LAW OFFICE OF JOSHUA A. BURT
11 500 East Esplanade Drive, Suite 600
12 Oxnard, CA 93036
13 joshuaburt@burtlegal.com
14
   Attorney for Plaintiff
15 LEAH HINOJOSA

16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA

18 LEAH HINOJOSA,                    )  Case No.: CV-10-5685-SVW-VBKx
19                                   )
20         Plaintiff,                )  [PROPOSED] ORDER
                                     )  REGARDING STAY OF ACTION
21     vs.                           )
22                                   )
   RITE AID CORPORATION,             )  Judge Stephen V. Wilson
23 and DOES 1 through 20, inclusive, )
24                                   )
25         Defendants.               )
                                     )
26
27
28

[PROPOSED] ORDER REGARDING STAY      Case No.: CV-10-5685-SVW-VBKx

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

Good cause having been shown, it is hereby **ORDERED** that:

(1) The Pretrial Conference set for March 7, 2011 at 3:30 p.m. is vacated;

(2) The trial date currently set for March 15, 2011 at 9:00 a.m. is vacated; and

(3) This action is stayed.

DATED: _1/24/11_

_____
THE HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE